IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Haggard, Denise

Printed: 02/03/09

Case Number: 05 B 35648
Judge: Goldgar, A. Benjamin
Filed: 9/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 15, 2009
Confirmed: October 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,114.60 |  |
| Secured: |  | 7,084.53 |
| Unsecured: |  | 5,071.52 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 868.95 |
| Other Funds: |  | 389.60 |
| Totals: | 16,114.60 | 16,114.60 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. City Of Chicago | Secured | 0.00 | 0.00 |
| 3. Drive Financial Services | Secured | 7,029.43 | 7,029.43 |
| 4. Affordable Furniture | Secured | 55.10 | 55.10 |
| 5. Capital One | Unsecured | 142.71 | 330.56 |
| 6. Affordable Furniture | Unsecured | 25.65 | 59.40 |
| 7. Illinois Lending Corporation | Unsecured | 86.04 | 199.30 |
| 8. Ford Motor Credit Corporation | Unsecured | 1,259.17 | 2,916.74 |
| 9. AmeriCash Loans, LLC | Unsecured | 77.00 | 178.36 |
| 10. AmeriCash Loans, LLC | Unsecured | 34.96 | 80.98 |
| 11. Jefferson Capital | Unsecured | 88.18 | 204.26 |
| 12. T Mobile USA | Unsecured | 26.25 | 60.80 |
| 13. RoundUp Funding LLC | Unsecured | 95.44 | 221.10 |
| 14. Drive Financial Services | Unsecured | 354.01 | 820.02 |
| 15. MCI | Unsecured |  | No Claim Filed |
| 16. Chase Manhattan | Unsecured |  | No Claim Filed |
| 17. Check Into Cash | Unsecured |  | No Claim Filed |
| 18. Instant Cash Advance | Unsecured |  | No Claim Filed |
| 19. LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 20. Palisades Acquisition LLC | Unsecured |  | No Claim Filed |
| 21. NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  | $ 11,973.94 | $ 14,856.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Haggard, Denise | Case Number: 05 B 35648 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed: 9/6/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 184.64 |
| 5% | 68.38 |
| 4.8% | 112.96 |
| 5.4% | 294.41 |
| 6.5% | 151.81 |
| 6.6% | 56.75 |
|  | $ 868.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

